JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATT, a California General Partnership, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JOHN BLOTZER, an individual; et. al. <br><br> Defendants. | Case No.: CV18-03933-DDP-JCx <br> *Hon. Dean D. Pregerson Presiding* <br><br> **JUDGMENT AND ORDER AGAINST DEFENDANT WBS, INC.** |

The default of Defendant WBS, Inc. having been entered, Plaintiff's Motion for Default Judgment having been filed, the submissions of the parties having been considered, and for good cause appearing:

1. A Judgment in the amount of $2,002,005.08 is hereby ENTERED against WBS, INC., a California Corporation, and in favor of RATT, a California general partnership, along with interest in the amount prescribed by statute.

2. WBS, INC. is ORDERED to refrain from using the RATT trademarks or any colorable imitation thereof.

IT IS SO ORDERED.

Date: August 6, 2021          By: _____
                                                         HONORABLE DEAN D. PREGERSON
                                                         UNITED STATES DISTRICT JUDGE

- 1 -
ORDER ON PLAINTIFF RATT'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT WBS, INC.